# Law Offices of Paul Hirsch........................................EXPERIENCE YOU CAN TRUST

**MEMO ENDORSED**

December 5, 2019

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

**TO BE FILED ELECTRONIC MAIL TO**

**Honorable Ronnie Abrams**
United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

        **Re:   United States v. Jenesse Baker**
              **Case No. 16CR228 (SAS)**

Dear Honorable Abrams:

As you already know, the Law Offices of Paul Hirsch, P.C. was retained to represent Ms. Baker in reference to the above matter. On November 10, 2015 Ms. Baker was arraigned in front of the Honorable Debra Freeman and certain bail conditions were set upon her release.

As such, Ms. Baker would like permission to travel on a regular basis to the home of Leesa Khan and Ajaz Khan. The Khan's are the personal guarantor's on Ms. Bakker's conditions for release. The court has already granted Ms. Baker permission to travel to the Khan's when they resided in Ohio. The Khans' have recently moved back to New York. The address is 8201 Rockaway Street, Malta, New York 12020. Ms. Baker will provide all necessary documents and information to her probation officer at pre-trial services. I have spoken with Assistant United States Attorney Kristy Greenberg and they do not object to such travel assuming pre-trial services does not object

If you have any questions or concerns please do not hesitate to contact me at (917) 696-0610 or email at Paul@PaulHirschLaw.com

Thank you for your time and attention to this matter

**APPLICATION GRANTED**

Paul Hirsch

Hon. Ronnie Abrams
United States District Court
Dated: 12-5-19

Law Offices of Paul Hirsch, P.C.
225 Broadway, 39th Floor, New York, NY 10007 | Phone: (929) 359-5271 | www.paul@paulhirschlaw.com