# Law Offices of Paul Hirsch…………………………………….…EXPERIENCE YOU CAN TRUST

October 2, 2020

**TO BE FILED ELECTRONIC MAIL TO**

**Honorable Ronnie Abrams**
United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

                                            **Re:**        **United States v. Jenesse Baker**
                                                             **Case No. 16CR228 (SAS)**

Dear Honorable Abrams:

     As you already know, the Law Offices of Paul Hirsch, P.C. was retained to represent Ms. Baker in reference to the above matter. On November 10, 2015 Ms. Baker was arraigned in front of the Honorable Debra Freeman and certain bail conditions were set upon her release.

     As such, Ms. Baker would like permission to travel to Williamsburg, Virginia from October 10, 2020 through October 17, 2020. Ms. Baker will provide all necessary documents and information to her probation officer at pre-trial services. All prior requests for domestic travel have been granted. I have spoken with Assistant United States Attorney Kristy Greenberg and they do not object to such travel assuming pre-trial services does not object.

     Additionally, United States Attorney Kristy Greenberg would agree to allow Ms. Baker to travel domestically without prior approval, assuming no objections from pre-trial services, if the Court would agree to the slight change in Ms. Baker's bail requirements.

     If you have any questions or concerns please do not hesitate to contact me at (917) 696-0610 or email at Paul@PaulHirschLaw.com

     Thank you for your time and attention to this matter

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
October 6, 2020

Best Regards,

Paul Hirsch, Esq.